**No. 09-9820. Grams B. Osborne, Petitioner v. American Multi-Cinema, Inc., dba AMC Theaters Parkway Point 15, et al.**

560 U.S. 941, 130 S. Ct. 3357, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4454, ▮

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 535.

**No. 09-9821. John Tuy Pham, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 941, 130 S. Ct. 3357, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4465.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9831. Allen P. Golden, Petitioner v. Georgia.**

560 U.S. 941, 130 S. Ct. 3358, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4523.

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 299 Ga. App. 407, 683 S.E.2d 618.

**No. 09-9837. Tresie Ann Crawford, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 941, 130 S. Ct. 3358, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4441.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9845. Eleazar D. Totten, Petitioner v. Virginia.**

560 U.S. 941, 130 S. Ct. 3358, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4481.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9849. Joaquin Leon Padin, Petitioner v. Anthony A. Lamarque, Warden.**

560 U.S. 941, 130 S. Ct. 3358, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4484.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 358 Fed. Appx. 968.

**No. 09-9852. Anthony Kelly, Petitioner v. Bobby Shearin, Warden, et al.**

560 U.S. 942, 130 S. Ct. 3358, 176 L. Ed. 2d 1250, 2010 U.S. LEXIS 4524.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 369 Fed. Appx. 447.